| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| | Officer: Craig Hunter | Telephone: (248)-320-8692 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Oswaldo GOMEZ-CHOLICO

Case No. 2:25−mj−30403
Assigned To : Unassigned
Assign. Date : 6/25/2025
Description: CMP USA v Gomez−Cholico (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sec. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

On or about June 13, 2025, in the Eastern District of Michigan, Southern Division, Oswaldo GOMEZ-CHOLICO, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about August 1, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Craig Hunter, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: June 24, 2025

*Judge's signature*

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

<u>AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMNIAL COMPLAINT AND ARREST WARRANT</u>

I, Craig Hunter, hereby declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), of the United States Department of Homeland Security (DHS). I have been employed in this capacity since January of 2022. I am assigned to the Alternatives to Detention (ATD) Targeting Team in the ICE ERO Detroit Field Office.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Oswaldo GOMEZ-CHOLICO, a native and citizen of Mexico, who has previously been removed from the United States on or about August 1, 2024 at El Paso, Texas, and was thereafter found in the United States on or about June 13, 2025, without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission, all in violation of Title 8, United States Code, § 1326(a).

3. The facts set forth in this affidavit are based upon my personal knowledge, training and experience, information provided to me by other law enforcement officers to include ICE ERO Deportation Officers, and records checks of law enforcement databases. I have also reviewed records from the official immigration file and system automated data relating to GOMEZ-CHOLICO.

4. The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not necessarily include all the information known to law enforcement related to this investigation.

<u>PROBABLE CAUSE</u>

5. GOMEZ-CHOLICO is a twenty-four-year-old male, native and citizen of Mexico who last entered the United States at or near an unknown place, on

1

or about an unknown date without being inspected and admitted or paroled by an immigration officer.

6. On or about July 18, 2024, the U.S. Border Patrol encountered GOMEZ-CHOLICO at or near Fabens, Texas. During the encounter, GOMEZ-CHOLICO admitted that he was a citizen and national of Mexico without proper immigration documents to allow him to enter or remain in the United States and that he was not inspected by an immigration officer at a designated port-of-entry.

7. GOMEZ-CHOLICO was processed for Expedited Removal and served with an I-860, Notice and Order of Expedited Removal.

8. Following the July 18, 2024, arrest by the U.S. Border Patrol, GOMEZ-CHOLICO was charged with a violation of Title 8, United States Code, Section 1325(a)(1), Improper Entry, in the U.S. District Court for the Western District of Texas, El Paso Division. On July 22, 2024, GOMEZ-CHOLICO pleaded guilty to the charge and was sentenced to time served, plus one (1) day confinement.

9. On or about July 24, 2024, GOMEZ-CHOLICO was removed from the United States to Mexico via the El Paso, Texas Port of Entry at El Paso, Texas.

10. On or about July 31, 2024, the U.S. Border Patrol arrested GOMEZ-CHOLICO at or near Fort Hancock, Texas, and processed him as a Reinstatement of a Prior Order of Removal.

11. On or about August 1, 2024, GOMEZ-CHOLICO was removed from the United States to Mexico via the El Paso, Texas Port of Entry at El Paso, Texas.

12. On June 13, 2025, while conducting surveillance on a targeted alien with an approved Field Operation Worksheet, the ICE ERO Officers with the ATD Targeting Team, observed three males, one matching the description of the target get into a vehicle at the target's last known address. The vehicle left

the address and the ATD Targeting Team initiated a vehicle stop on the subject vehicle at or near 20XX Lawndale St., Detroit, MI 48209.  ICE ERO Officers approached the vehicle, identified themselves, and made contact with the driver of the vehicle, and one of the passengers, later identified as Oswaldo GOMEZ-CHOLICO (A# XXX XXX 334).  GOMEZ-CHOLICO freely admitted to not having any immigration documents that would allow him to be or remain in the United States legally.  ICE ERO Officers detained GOMEZ-CHOLICO and placed him in one of the ICE ERO Officer's vehicles.

13. While ICE Officers continued to interview the remaining passengers, GOMEZ-CHOLICO unlatched a seat belt and a chest restraint securing him in the back seat of the vehicle and opened the door. GOMEZ-CHOLICO exited the vehicle and fled on foot. ICE ERO Officers gave GOMEZ-CHOLICO several verbal commands to stop. GOMEZ-CHOLICO ignored those verbal commands and ran behind a house on Lawndale St. as ICE Officers pursued on foot.  ICE Officers secured GOMEZ-CHOLICO again in the backyard of 2015 Lawndale St.

14. ICE Officers transported GOMEZ-CHOLICO to the Detroit ICE ERO Field Office for further processing.  At the Detroit ICE ERO Field Office, GOMEZ-CHOLICO admitted to entering the United States illegally on an unknown date somewhere in Texas after his last removal on August 1, 2024.

15. Records checks and fingerprints revealed GOMEZ-CHOLICO has a final order of removal, was previously removed from the United States two times and has never obtained immigration documents allowing him to be or remain in the United States legally.

16. A review of immigration records (AXXX XXX 334) for GOMEZ-CHOLICO and queries in the U.S. Department of Homeland Security databases revealed that no record exists of GOMEZ-CHOLICO obtaining consent from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States to Mexico on August 1, 2024.

CONCLUSION

17. Based on the above information, I respectfully submit there is probable cause to conclude that, on or about June 13, 2025, within the Eastern District of Michigan, Oswaldo GOMEZ-CHOLICO is an alien who, after having been removed from the United States on or about August 1, 2024 at El Paso, Texas, was thereafter found in the United States without having obtained the express consent or permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, §1326(a).

_____
Complainant's signature

Craig Hunter, Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me in presence and/or by reliable electronic 1

_____
Honorable Anthony P. Patti
United States Magistrate Judge
Dated: June 24, 2025

4